1  Jared Kahn, Esq.
Nevada Bar # 12603
2  JK Legal & Consulting, LLC
3  9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
4  P: (702) 708-2958
F: (866) 870-6758
5  jkahn@jk-legalconsulting.com

6  *Attorneys for Park Central Plaza 32, LLC*

7

8  **UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**
9

10  E&R Venture Partners LLC, a California      )
limited liability company;                              )      CASE NO:   2:16-cv-2959-RFB-GWF
11                                                               )
                                     Plaintiff,            )
12  vs.                                                      )   **STIPULATION AND ORDER TO**
                                                               )   **CONTINUE AND RESCHEDULE**
13  PARK CENTRAL PLAZA 32, LLC, a          )   **HEARINGS ON MOTIONS (DKT # 42**
Nevada limited liability company; DOES  )   **AND DKT # 44)**
14  I-X.                                                      )
                                                               )
15                                     Defendants.       )
                                                               )
16  _____  )

17

18  **STIPULATION AND ORDER TO CONTINUE AND RESCHEDULE HEARING**

19        COMES NOW Plaintiff E&R Venture Partners LLC, by and through its counsel of

20  record, and Defendant Park Central Plaza 32, LLC, by and through its counsel of record, and as

21  evidenced by their signatures below, the parties hereby stipulate, subject to the Court's

22  approval, as follows:

23

24        1.  Due to a scheduling conflict, the hearing on Defendant's Motion to Reopen and

25            Extend Discovery, Dkt # 42, regarding Scheduling Order, Dkt # 21, and hearing on

26            Defendant's Motion to Stay, Dkt # 44, currently scheduled before this Court on July

27            27, 2017 at 10:30 a.m., Dkt # 45, is hereby continued and the parties stipulate to

28

**JK LEGAL &
CONSULTING, LLC**
9205 West Russell Rd., Suite 240
Las Vegas, Nevada 89148
(702) 702-2958

reschedule the hearing to be heard before this Court on August 18, 2017 at 10:30a.m.

DATED:  July 21, 2017.

Submitted and Stipulated by:

/s/ Jared Kahn
Jared B. Kahn, Nevada Bar # 12603
JK Legal & Consulting, LLC
9205 W. Russell Rd., Suite 240
Las Vegas, NV 89148
Phone (702) 708-2958
Fax (866) 870-6758
jkahn@jk-legalconsulting.com
Of Attorneys for Defendant

Stipulated by:

/s/ Nikki Baker
Nikki Baker, Esq., Nevada Bar # 6562
Peterson Baker, PLLC
10001 Park Run Drive
Las Vegas, Nevada 89145
Phone (702) 786-1001
Fax (702) 786-1002
nbaker@petersonbaker.com
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2017

JK LEGAL &
CONSULTING, LLC
9205 West Russell Rd., Suite 240
Las Vegas, Nevada 89148
(702) 702-2958

1

**Certificate of Service**

2       I certify that on July 21, 2017, the foregoing **Stipulation and Order to Continue and**

3   **Reschedule Hearings on Motions** was submitted electronically for filing and/or service

4   pursuant to FRCP 5, via the CM-ECF electronic filing system.   Electronic service of the

5   foregoing document shall be made in accordance with the E-Service list as follows:

6
7       • Benjamin K. Reitz, Esq.        breitz@petersonbaker.com
        • Erin Parcells                 eparcells@petersonbaker.com
8       • Nikki L. Baker, Esq.          nbaker@petersonbaker.com
        • Tamara Beatty Peterson, Esq. TPeterson@Petersonbaker.com
9
10      Dated this 21st day of July, 2017.

11                                      /s/ Jared B. Kahn_____
                                        Jared B. Kahn, Esq., NV Bar # 12603
12                                      JK Legal & Consulting, LLC
                                        9205 West Russell Rd., Suite 240
13                                      Las Vegas, NV 89148
                                        P: (702) 708-2958
14                                      F: (866) 870-6758
                                        jkahn@jk-legalconsulting.com
15                                      Of Attorneys for Defendant
16
17
18
19
20
21
22
23
24
25
26
27
28

**JK LEGAL &**
**CONSULTING, LLC**
9205 West Russell Rd., Suite 240
Las Vegas, Nevada 89148
(702) 702-2958