1  TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
   tpeterson@petersonbaker.com
2  NIKKI L. BAKER, ESQ., Bar No. 6562
   nbaker@petersonbaker.com
3  PETERSON BAKER, PLLC
   701 S. 7th Street
4  Las Vegas, NV 89101
   Telephone:  702.786.1001
5  Facsimile:  702.786.1002

6  *Attorneys for Plaintiff*
   *E&R Venture Partners, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10 E&R VENTURE PARTNERS, LLC, a          Case No.:  2:16-cv-02959-RFB-EJY
   California limited liability company,
11                                        **ORDER GRANTING MOTION TO**
                Plaintiff,                **DISMISS WITH PREJUDICE**
12 v.

13 PARK CENTRAL PLAZA 32, LLC, a
   revoked Nevada limited liability company;
14 and DOES I-X,

15              Defendants.

16

17         IT IS HEREBY ORDERED that E&R Venture Partners, LLC's Motion to Dismiss with

18 Prejudice is GRANTED.

19         IT IS FURTHER ORDERED that E&R's claims against Park Central in Case No. 2:16-cv-

20 02959-RFB-EJY are dismissed with prejudice.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

1    IT IS FURTHER ORDERED that the Parties will bear their own attorneys' fees and

2  costs related to this litigation.  The Clerk is instructed to close this case.

3    DATED this 9th  of March, 2021

4

5  _____

   RICHARD F. BOULWARE, II

6  UNITED STATES DISTRICT JUDGE

7

8

9  Respectfully Submitted by:

10  PETERSON BAKER, PLLC

11

12  By:  /s/ Nikki L. Baker
   _____
   TAMARA BEATTY PETERSON, ESQ., Bar No. 5218

13  tpeterson@petersonbaker.com
   NIKKI L. BAKER, ESQ., Bar No. 6562

14  nbaker@petersonbaker.com
   701 S. 7th Street

15  Las Vegas, NV 89101
   Telephone:  702.786.1001

16  Facsimile:  702.786.1002

17  *Attorneys for Plaintiff E&R Venture Partners, LLC*

18

19

20

21

22

23

24

25

26

27

28

2

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001